# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 2:20-cr-04050-RK-01 |
| Plaintiff, | **COUNT 1**<br>18 U.S.C. § 922(g)(3)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| v. | |
| **KALEB LEON GILPIN**,<br>[DOB: 09/23/1996] | |
| Defendant. | **COUNT 2**<br>18 U.S.C. § 922(g)(3)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| | **COUNT 3**<br>18 U.S.C. § 922(a)(6)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| | $100 Special Assessment (Each Count) |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

**COUNT 1**
(User of a Controlled Substance in Possession of a Firearm)
18 U.S.C. § 922(g)(3)

On or about April 16, 2020, within Cole County, in the Western District of Missouri, the defendant, **KALEB LEON GILPIN**, knowing he was an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802(6), knowingly possessed, in and affecting commerce, a firearm, that is, a Glock, model 42, .380 caliber pistol, serial number ACWN622, said firearm having been shipped and transported in interstate commerce; all in violation of Title 18 United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 2
(User of a Controlled Substance in Possession of a Firearm)
18 U.S.C. § 922(g)(3)

On or about April 27, 2020, within Cole County, in the Western District of Missouri, the defendant, **KALEB LEON GILPIN**, knowing he was an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802(6), knowingly possessed, in and affecting commerce, a firearm, that is, a Ruger, model LCP, .380 caliber pistol, serial number 372285574, said firearm having been shipped and transported in interstate commerce; all in violation of Title 18 United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 3
(False Statement to Acquire a Firearm)
18 U.S.C. § 924(a)(1)(A)

On or about June 21, 2019, within Cole County, in the Western District of Missouri, the defendant, **KALEB LEON GILPIN**, in connection with his acquisition of a firearm, that is, a Glock, model 43, 9 mm pistol, serial number ADRP549, from PCA Guns, Jefferson City, Missouri, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious written statement which was intended and likely to deceive PCA Guns as to a fact material to the lawfulness of the sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant falsely represented on a Bureau of Alcohol, Tobacco & Firearms Form 4473 that he was not an unlawful user of or addicted to, marijuana, or any depressant, stimulant, narcotic drug or other controlled substance, when, in fact, was an unlawful user of marijuana; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**A TRUE BILL.**

*/S/ Eugene O'Loughlin*
**FOREPERSON OF THE GRAND JURY**

*/S/ Aaron M. Maness by Lawrence E. Miller*
**Aaron M. Maness**
Assistant United States Attorney
Missouri Bar No. 63666

Dated:   07/15/2020

3